Reversed and Remanded and Memorandum Opinion filed February 19, 2004









Reversed and Remanded and Memorandum Opinion filed
February 19, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01404-CV

____________

 

CITY OF MONTGOMERY, TEXAS, Appellant

 

V.

 

DENNIS DEPAUL,
Appellee

 



 

On Appeal from the
56th District Court

Galveston
County, Texas

Trial Court Cause
No. 03CV0025

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 14, 2003.

On February 11, 2004, the parties filed an amended agreed
motion to set aside the trial court=s judgment without regard to the
merits and remand the case to the trial court for rendition of judgment in
accordance with the parties= settlement agreement. 
See Tex. R. App. P. 42.1.  The motion is granted.








Accordingly, the judgment is reversed without regard to the
merits and the cause is remanded to the trial court for rendition of judgment
in accordance with the parties= agreement.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 19, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.